Richard COLEMAN, et
al., Respondents,

v.

AUCTION TRANSPORT, INC.,
et al., Appellants.

No. WD 65042, 65525.

Missouri Court of Appeals,
Western District.

June 20, 2006.

James T. Thompson, Brendan C. Buckley, Co–Counsel, Kansas City, MO, Edward D. Robertson, Jr., Mary Doerhoff Winter, Anthony L. Dewitt, Co–Counsels, Jefferson City, MO, for appellants.

Lawrence A. Rouse, Walter M. Brown, Jennifer L. Peters, Co–Counsels, Kansas City, MO, for respondents.

Before ULRICH, P.J.,
BRECKENRIDGE and SMART, JJ.

*ORDER*

PER CURIAM.

Auction Transport, Inc. and Steven J. Baker appeal the trial court's judgment affirming the jury's verdict in favor of Richard Coleman on his claims for the wrongful death of his wife, Mary Coleman, and his mother, Earlene Coleman. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).